

ORDERED in the Southern District of Florida on August 9, 2016.

Raymond B. Ray, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 15-31633
                                          Chapter 13

CLINTON O'HARA,

_____ Debtors _____/

### ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on May 12, 2016 on the debtor's motion to reinstate case. Based on the record, it is

**ORDERED** as follows:

1) The motion is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

2) The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

3) If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1 shall be filed no later than 14 days after entry of this order.

4) The following checked provision(s) also apply:

    [ ]    This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. §341. A new §341 meeting of creditors

and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

[ X ]  This case was dismissed after the §341 meeting of creditors was concluded but prior to or at the hearing on confirmation. A new confirmation hearing is scheduled for September 15, 2016, at 9:00 a.m. in courtroom 308 at United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, FL 33301. The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is August 26, 2016. The deadline for filing claims (except for governmental units) is September 26, 2016. Previously filed claims need not be refiled.

[ ]  This case was dismissed after the §341 meeting of creditors was conducted and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset. (If applicable) A further §341 meeting will be conducted at _____.
A new confirmation hearing is scheduled for_____,
at _____ __.m. in courtroom _____ at_____.

[ ]  This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date. No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[ x ]  If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the trustee prior to entry of an order of conversion or dismissal shall be paid to administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

###

**Submitted by:**

**Copies to:**
All parties of record by the Clerk of Court