IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

CLINTON JOSEPH O'HARA            CASE NO.    15-31633-RBR

       Debtor.                        CHAPTER    13

_____/

## MOTION FOR RELIEF FROM CO-DEBTOR AUTOMATIC STAY

      Wells Fargo Bank, National Association as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2005-AR3, Mortgage Pass-Through Certificates, Series 2005-AR3, its successors and/or assigns ("Movant"), by and through its undersigned attorney, moves the Court for relief from the co-debtor automatic stay pursuant to 11 U.S.C. §1301(c)(2), and states:

      1.       On May 5, 2005, Debtor executed and delivered a promissory note in favor of GreenPoint Mortgage Funding, Inc. That same day Debtor and Silvia O'Hara executed and delivered a deed of trust securing payment of said note.

      2.       Movant, directly or through an agent, holds the promissory note and has the right to enforce and foreclose its lien. A copy of the promissory note, deed of trust and assignment of deed of trust is attached hereto and incorporated herein as Composite Exhibit "A."

      3.       Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee.

      4.       The deed of trust secures real property located in Arlington County, Virginia, which is more particularly described as follows:

> Condominium Unit Numbered FIVE HUNDRED (500), in a Condominium styled CLEVELAND HOUSE CONDOMINIUM, being part of the land and premises declared to be a condominium in accordance with a certain declaration duly recorded in Deed Book 1989 at page 761, among the land records of Arlington County, Virginia.

**AKA 1931 Cleveland Street N, Unit #500, Arlington, Virginia 22201 ("Collateral").**

5. Pursuant to Debtor's Fourth Amended Chapter 13 Plan, which confirmed on December 2, 2016, Debtor intended to treat Movant's secured claim direct and outside of the current bankruptcy estate.

6. Accordingly, Movant is entitled to relief pursuant to 11 U.S.C. §1301(c)(2).

7. The address for post-petition payments is Specialized Loan Servicing LLC, PO Box 636007, Littleton, Colorado, 80163.

8. If Movant is not permitted to enforce its security interest in the Collateral it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests that the Court enter an order:

a. terminating the co-debtor automatic stay;

b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Collateral described herein;

c. allowing Movant to gain possession of the Collateral; and

d. granting such other relief that the Court may deem just and proper.

**<u>CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)</u>**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this 24th day of October, 2017.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Clinton Joseph O'Hara
2034 21 St North
Arlington, VA 22201

Co-Debtor
Silvia F O'Hara
1931 Cleveland Street N, Unit #500
Arlington, Virginia 22201

**VIA CM/ECF NOTICE**
Alan J Fisher
433 Plaza Real
Suite 275
Boca Raton, Florida 33432

**Chapter 13 Trustee**
Robin R. Weiner
POB 559007
Fort Lauderdale, Florida 33355

**U.S. Trustee**
Office of U.S. Trustee
51 S.W. 1st Ave. Suite 1204
Miami, Florida 33130