

**ORDERED in the Southern District of Florida on November 29, 2017.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

In re:

CLINTON JOSEPH O'HARA       CASE NO.    15-31633-RBR

     Debtor.             CHAPTER    13

_____/

### ORDER GRANTING AMENDED MOTION FOR
### RELIEF FROM CO-DEBTOR AUTOMATIC STAY

THIS CASE came before the Court for hearing on November 16, 2017 at 1:00 PM on

the Amended Motion for Relief From Co-Debtor Automatic Stay ("Motion") filed by

WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR

STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA

TRUST 2005-AR3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-

AR3, its successors and/or assigns ("Creditor") [Document No. 88].  Having reviewed the Motion, and for the reasons stated orally on the record, the Court finds that the Motion should be granted. Accordingly, it is

**ORDERED:**

1.      The Amended Motion for Relief from Co-Debtor Automatic Stay is granted, as to Sylvia O'Hara.

2.      The automatic stay arising by reason of 11 U.S.C. §1301 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**Condominium Unit Numbered FIVE HUNDRED (500), in a Condominium styled CLEVELAND HOUSE CONDOMINIUM, being part of the land and premises declared to be a condominium in accordance with a certain declaration duly recorded in Deed Book 1989 at page 761, among the land records of Arlington County, Virginia.**

**AKA 1931 Cleveland Street N, Unit #500, Arlington, Virginia 22201 ("Collateral").**

3.      The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

###

Attorney Austin M. Noel is directed to serve a copy of this order on interested parties and file a certificate of service within 2 days of entry of the order.

**Submitted by:**

Austin M. Noel
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622

**Copies furnished to:**

Clinton Joseph O'Hara
2034 21 St North
Arlington, VA 22201

Co-Debtor
Silvia F O'Hara
1931 Cleveland Street N, Unit #500
Arlington, Virginia 22201

Alan J Fisher
433 Plaza Real
Suite 275
Boca Raton, Florida 33432

**Chapter 13 Trustee**
Robin R. Weiner
POB 559007
Fort Lauderdale, Florida 33355

**U.S. Trustee**
Office of U.S. Trustee
51 S.W. 1st Ave. Suite 1204
Miami, Florida 33130