**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ ___7th___ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Clinton Joseph O'Hara_____ JOINT DEBTOR:_____ CASE NO.: 15-31633_____

SS#: xxx-xx- 3286_____ SS#: xxx-xx-_____

## I.    NOTICES

To Debtors:     Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1(C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A.  **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3230.97 for months _1__ to _30___;
2. $7562.95 for months _31__ to _35___;
3. $7447.45 for months _36__ to _60___;

B.  **DEBTOR(S)' ATTORNEY'S FEE**: ☐ NONE    ☐ PRO BONO

Total Fees: $ _6525_____ Total Paid: $ __3500_____   Balance Due: $ _3025_____

Payable $ _83.33_____/month (Months _1_____ to _30_____) & $105/ Month (Months 31 to 35)

Allowed fees under LR 2016-1(B)(2) are itemized below:

_Chapter 13 $3500 plus MMM $2500 plus Motion to Modify $525

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.  TREATMENT OF SECURED CLAIMS

A.  **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1.  Creditor: DiTech_____ Arrearage/ Payoff on Petition Date $ 52366.00_____

Address: PO Box 6172,_____ ☒ Arrears Payment (Cure) $ 1745.53/month (Months _31 to _60____)

Rapid City, SD 57709_____ ☐ Regular Payment (Maintain) $ 2737.51/month (Months 1 to 30____)

$4488.79/month (Months 31 to 60___)

☐ MMM Adequate Protection $ ___/month (Months _____ to _____)

☐ MMM TPP Temporary Payment $__/month (Months _____ to _____)

☐ MMM PPP Permanent Payment $__/month (Months _____ to _____)

☐ Payoff (Including _% monthly interest) $_____/month (Months _____ to _____)

Last 4 Digits of     ☐ _____ $_____/month (Months _____ to _____)

Account No.: xx6932 _____    Other: _____

Real Property

☐ Principal Residence                    Check one below for Real Property:

☒ Other Real Property                    ☒ Escrow is included in the regular payments

Address of Collateral: 1800 N Quantico Street ____    ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Arlington, VA 22205 _____

Personal Property/Vehicle

☐ Description of Collateral: _____

2.    Creditor: Broward County _____    Arrearage/ Payoff on Petition Date $ 139.00 _____

Address: 115 S. Andrews Ave., __    ☒ Arrears Payment (Cure) $ 4.63 /month  (Months 1 __ to 30 _____ )

Room 111, Ft. Lauderdale, FL __    ☐ Regular Payment (Maintain) $____/month  (Months ____ to ____)

33301    ☐ MMM Adequate Protection $ ____ /month (Months ___ to ____)

☐ MMM TPP Temporary Payment $ _/month  (Months ____ to _____)

☐ MMM PPP Permanent Payment $ _/month  (Months ____ to _____)

☐ Payoff (Including _% monthly interest) $_____/month (Months _____ to ____)

Last 4 Digits of    ☐ _____ $_____ /month  (Months ____ to ____)

Account No.: 0030 _____    Other: _____

Real Property

☒ Principal Residence                    Check one below for Real Property:

☐ Other Real Property                    ☐ Escrow is included in the regular payments

Address of Collateral: 2751 N. Pine Island Rd., __    ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

#103, Ft. Lauderdale, FL 33322 _____

Personal Property/Vehicle

☐ Description of Collateral: _____

**B.  VALUATION OF COLLATERAL:** ☒ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1.  REAL PROPERTY:** ☐ NONE

| 1. Creditor: _____<br>Address: _____<br>_____<br>Last 4 Digits of Account No.: _____<br><br>Real Property<br>☐ Principal Residence<br>☐ Other Real Property<br>Address of Collateral: _____<br>_____ | Value of Collateral:       $_____<br>Amount of Creditor's Lien: $_____<br><br>Interest Rate: ____ %<br><br>Check one below:<br>☐ Escrow is included in the monthly<br>   mortgage payment listed in this section<br>☐ The debtor(s) will pay ☐ taxes<br>      ☐ insurance directly | Payment<br><br>Total paid in plan: $_____<br><br>$____ /month (Months___ to ___) |

**2.  VEHICLE(S):** ☐ NONE

| 1. Creditor:_____ <br> Address:_____ <br> _____ <br> Last 4 Digits of Account No.:_____ <br> VIN: _____ <br> Description of Collateral:_____ <br> _____ <br><br> Check one below: <br> ☐ Claim incurred 910 days or more pre-petition <br> ☐ Claim incurred less than 910 days pre-petition | Value of Collateral:        $_____ <br> Amount of Creditor's Lien: $_____ <br><br> Interest Rate:____ % | Payment <br><br> Total paid in plan: $_____ <br><br> $_____ /month (Months___ to ___) |
|---|---|---|

### 3.  PERSONAL PROPERTY: ☐ NONE

| 1. Creditor:_____ <br> Address:_____ <br> _____ <br> Last 4 Digits of Account No.:_____ <br><br> Description of Collateral:_____ <br> _____ <br><br> Check one below: <br> ☐ Claim incurred 1 year or more pre-petition <br> ☐ Claim incurred less than one year pre-petition | Value of Collateral:        $_____ <br> Amount of Creditor's Lien: $_____ <br><br> Interest Rate:____ % | Payment <br><br> Total paid in plan: $_____ <br><br> $_____ /month (Months___ to ___) |
|---|---|---|

**C.  LIEN AVOIDANCE** ☒ NONE

☐ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

1.  Creditor:_____         Collateral:_____
    Address:_____              _____
    _____         Exemption:_____
    Last 4 Digits of Account No.:_____

**D.  SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

☐ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other:_____

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. _____ | _____ | _____ |

**E.  DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any

codebtor(s) as to these creditors.  Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|
| 1. Cleveland House Condo Assn. | 1277 | 1931 Cleveland St., #500, Arlington, VA 22201 |
| 2. Bank Fund Staff FCU | 5807 | 2005 Chrysler Town & Country |
| 3. Ocwen Loan Servicing | 2007 | 1800 N. Quantico St., Arlington, VA 22205 |
| 4. Specialized Loan Servicing | 3146 | 1931 Cleveland St., #500, Arlington, VA 22201 |

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A.** **ADMINISTRATIVE FEES OTHER THAN DEBTOR(S)' ATTORNEY'S FEE:** ☒ NONE
Name: _____
Payment Address: _____
Total Due $_____
Payable $_____/month (Months _____ to _____)

**B.** **INTERNAL REVENUE SERVICE:** ☒ NONE
Total Due $_____ Total Payment $_____
Payable $_____/month (Months _____ to _____)

**C.** **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE ☐ CURRENT AND PAID OUTSIDE
Name of Creditor:_____
Payment Address:_____
Total Due $_____
Payable $_____/month (Months _____ to _____)
Regular Payment (if applicable) $_____ (Months _____ to _____)

**D.** **OTHER:** ☒ NONE
Name of Creditor: _____
Address:_____
Total Due $_____
Payable $_____/month (Months _____ to _____)
Regular Payment (if applicable) $_____ (Months _____ to _____)

**V.** **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**
**A.** Pay $ 278.44/month  (Months 1 to 30 ) & $536.09/month (Months 31 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** **SEPARATELY CLASSIFIED:** ☒ NONE
Name of Creditor:_____
Address:_____
Last 4 Digits of Account No.:_____
Basis for Separate Classification_____
Payable $_____/month (Months _____ to _____)
*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
☒ NONE

☐ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors.  Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

Debtor(s): Clinton Joseph Hart                                    Case number: 15-31633

| Name of Creditor | Collateral | Acct. No.(Last 4 Digits) | Assume/Reject |
|---|---|---|---|
| 1. _____ | _____ | _____ | ☐ Assume  ☐ Reject |

**VII.    INCOME TAX RETURNS AND REFUNDS** ☐ NONE

☐    Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

☒    Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.
[Broward/Palm Beach cases]

☐    The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income [Miami cases].

**VIII.    NON-STANDARD PLAN PROVISIONS** ☒ NONE

☐    Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

_____
_____
_____
_____
_____
_____
_____
_____

☐    Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Debtor | Date | Joint Debtor | Date |

| | |
|---|---|
| /s/ Alan J. Fisher | July 17, 2018 |
| _____ | _____ |
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**